## BURLINGTON-CHICAGO CARTAGE, INC., *v.* UNITED STATES ET AL.

No. 726.   Decided April 18, 1960.

*John E. Lesow* for appellant.

*Solicitor General Rankin, Acting Assistant Attorney General Beck, Robert W. Ginnane* and *Carroll T. Prince, Jr.* for the United States and the Interstate Commerce Commission, appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## BOGLE ET AL. *v.* JAKES FOUNDRY CO.

No. 760.   Decided April 18, 1960.

*Cecil D. Branstetter* for petitioners.

*Judson Harwood* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment is reversed insofar as it awards a permanent injunction. *Teamsters, Chauffeurs, Helpers & Taxicab Drivers, Local Union No. 327* v. *Kerrigan Iron Works, Inc.,* 353 U. S. 968; *San Diego Building Trades Council* v. *Garmon,* 359 U. S. 236.